**John A. MORRIS, Claimant–Appellee,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.**

No. 03–7162.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2004.

Before SCHALL, BRYSON, and DYK, Circuit Judges.

*ORDER*

IT IS ORDERED THAT:

The appeal of Anthony J. Principi is dismissed for lack of jurisdiction.

**Reginald L. CYRUS, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 04–3312.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2005.

Before LOURIE, CLEVENGER, and SCHALL, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.